UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | GERALD MICHAEL ADAMS, SR. | CASE NO. 18-11438 |
| | DAWN ANN ADAMS<br>*aka Dawn Duhe*<br>*aka Dawn Howard* | SECTION A |
| | DEBTORS | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION REGARDING THE MOTION FOR
### RELIEF FOR AUTOMATIC STAY

IT IS HEREBY AGREED by and between counsel for the parties of SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III ("Creditor"), and Gerald and Dawn Adams ("Debtors") that an Order should be entered so that the automatic stay be modified as follows:

IT IS AGREED that Debtors are post-petition delinquent as follows:

| | |
|---|---:|
| 1. 16 Post-Petition Installments of $794.92 each due for July 1, 2018 to October 1, 2019 …....…..……………………………… | $12,718.72 |
| 2. Attorney Fee …………………………………………………………… | 500.00 |
| 3. Court Cost …………………………………………………………… | 181.00 |
| TOTAL | $13,399.72 |

IT IS FURTHER AGREED that Debtors shall cure the post-petition delinquency of $13,399.72 by paying eleven (11) equal monthly installments of $1,116.65 and a twelfth (12th) and last monthly installment of $1,116.57 directly to SN Servicing Corporation beginning November 1, 2019 and ending October 1, 2020. This amount is in addition to the regular monthly payment. If SN Servicing Corporation does not receive the additional payment or any part thereof within thirty (30) days of its due date, which is the first (1st) of the month, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtors

and Debtors' counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER AGREED that Debtors shall pay the ongoing post-petition payments timely as they come due directly to SN Servicing Corporation commencing with the November 1, 2019 payment. Should SN Servicing Corporation not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtors and Debtors' counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER AGREED that should this case be converted to any other Chapter of the Bankruptcy Code, the Order shall survive conversion. This order shall survive one (1) year after entry of this order, or until this case is dismissed, if the dismissal occurs prior to the passage of the one (1) year period referenced herein.

THIS STIPULATION READ AND AGREED this 21st day of October, 2019.

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)
JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, Louisiana 70112
504-581-9444

/s/ Jenny A. Abshier
Jenny A. Abshier (No. 32984)
Attorney for Debtors
3939 Veterans Memorial Blvd., Suite 215
Metairie, Louisiana 70002
504-222-2536